"UNDER SEAL"

FILED
CHARLOTTE, NC

NOV 18 2025

US DISTRICT COURT
WESTERN DISTRICT OF NC

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

DOCKET NO: 3:25-cr-321-KDB

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | **MOTION TO SEAL INDICTMENT** |
| | ) | |
| OMAR NASEER ABDULRAZZAQ | ) | |
| AL-ABBASI | ) | |

**NOW COMES** the United States of America, by and through Russ Ferguson, United States Attorney for the Western District of North Carolina, who moves this Court for an Order directing that the Indictment, this Motion and any order issued pursuant to this be sealed immediately, and that same remain sealed until further order of this Court.

This the 18th day of November 2025.

RUSS FERGUSON
UNITED STATES ATTORNEY

KIMLANI M. FORD
ASSISTANT UNITED STATES ATTORNEY