**"UNDER SEAL"**

FILED
CHARLOTTE, NC
NOV 18 2025
US DISTRICT COURT
WESTERN DISTRICT OF NC

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA <br><br> v. <br><br> OMAR NASEER ABDULRAZZAQ AL-ABBASI | DOCKET NO.: 3:25-cr-321-KDB <br><br> **BILL OF INDICTMENT** <br><br> UNDER SEAL <br><br> Violations: <br> 18 U.S.C. §§ 1466A(a)(1) and 3261(a)(1)- Distribution of an Obscene Visual Representation of the Sexual Abuse of Children; <br><br> 18 U.S.C. §§ 1466A(a)(1) and 3261(a)(1)- Receipt and Attempted Receipt of an Obscene Visual Representation of the Sexual Abuse of Children <br><br> 18 U.S.C. §§ 2252A(a)(5)(A) and (b)(2), and 3261(a)(1)- Possession and Attempted Possession of Child Pornography |

THE GRAND JURY CHARGES:

GENERAL ALLEGATIONS

At all times relevant to this Indictment:

1. The defendant, **OMAR NASEER ABDULRAZZAQ AL-ABBASI**, was employed by the Armed Forces outside the United States as defined by 18 U.S.C. § 3267(1), that is, he was an employee of Torden LLC, a company contracting with the United States Department of Defense, operating as a linguist at Naval Station Guantanamo Bay in Guantanamo Bay, Cuba; was present and residing outside the United States in connection with such employment; and was not a national of, nor ordinarily resident in, Cuba.

2. The defendant **OMAR NASEER ABDULRAZZAQ AL-ABBASI**, engaged in

conduct outside the United States that would have constituted an offense punishable by imprisonment for more than one year if the conduct had been engaged in within the special maritime and territorial jurisdiction of the United States.

3. The last known residence of the defendant, **OMAR NASEER ABDULRAZZAQ AL-ABBASI**, prior to his arrival in Cuba, was in Monroe, North Carolina, within the Western District of North Carolina. Venue for the trial of the offenses charged in this Indictment lies within the Western District of North Carolina, pursuant to 18 U.S.C. § 3238.

## COUNT ONE

4. The General Allegations of this Indictment are hereby re-alleged and incorporated by reference herein.

5. On or about May 26, 2024, the defendant,

### OMAR NASEER ABDULRAZZAQ AL-ABBASI

knowingly distributed a visual depiction of any kind, as defined in Title 18, United States Code, Section 1466A(f)(1), that depicted a minor engaging in sexually explicit conduct, as defined in Title 18, United States Code, Section 2256(2)(A) and is obscene.

All in violation of Title 18, United States Code, Section 1466A(a)(1) and 3261(a)(1).

## COUNT TWO

6. The General Allegations of this Indictment are hereby re-alleged and incorporated by reference herein.

7. On or about July 2, 2024, the defendant,

### OMAR NASEER ABDULRAZZAQ AL-ABBASI

knowingly distributed a visual depiction of any kind, as defined in Title 18, United States Code, Section 1466A(f)(1), that depicted a minor engaging in sexually explicit conduct, as defined in Title 18, United States Code, Section 2256(2)(A) and is obscene.

All in violation of Title 18, United States Code, Section 1466A(a)(1) and 3261(a)(1).

## COUNT THREE

8. The General Allegations of this Indictment are hereby re-alleged and incorporated by reference herein.

9. On or about July 9, 2024, the defendant,

OMAR NASEER ABDULRAZZAQ AL-ABBASI

knowingly distributed a visual depiction of any kind, as defined in Title 18, United States Code, Section 1466A(f)(1), that depicted a minor engaging in sexually explicit conduct, as defined in Title 18, United States Code, Section 2256(2)(A) and is obscene.

All in violation of Title 18, United States Code, Section 1466A(a)(1) and 3261(a)(1).

## COUNT FOUR

10. The General Allegations of this Indictment are hereby re-alleged and incorporated by reference herein.

11. Between on or about May 21, 2024 and on or about July 15, 2024, the defendant,

OMAR NASEER ABDULRAZZAQ AL-ABBASI

knowingly received and attempted to receive a visual depiction of any kind, as defined in Title 18, United States Code, Section 1466A(f)(1), that depicted a minor engaging in sexually explicit conduct, as defined in Title 18, United States Code, Section 2256(2)(A) and is obscene.

All in violation of Title 18, United States Code, Sections 1466A(a)(1) and 3261(a)(1).

## COUNT FIVE

12. The General Allegations of this Indictment are hereby re-alleged and incorporated by reference herein.

13. Between on or about August 4, 2019 and on or about November 19, 2024, in the Naval Station Guantanamo Bay, Cuba and elsewhere, the defendant,

OMAR NASEER ABDULRAZZAQ AL-ABBASI

knowingly possessed, and attempted to possess, any material that contained one or more images or videos of child pornography, as defined in Title 18, United States Code, Section 2256(8)(A), including images and videos that involved a prepubescent minor and a minor who had not attained 12 years of age.

All in violation of Title 18, United States Code, Sections 2252A(a)(5)(A) and (b)(2), and 3261(a)(1).

[REMAINDER OF PAGE LEFT BLANK INTENTIONALLY]

## NOTICE OF FORFEITURE AND FINDING OF PROBABLE CAUSE

Notice is hereby given of 18 U.S.C. §§ 1467 and 2253. The following property is subject to forfeiture in accordance with Section 1467 and 2253:

a. Any obscene material produced, transported, mailed, shipped, or received during the violations set forth in this bill of indictment and any visual depiction or book, magazine, periodical, film, videotape, or other matter which contains any such depiction, which was produced, transported, mailed, shipped, or received during the violations set forth in this bill of indictment;

b. Any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from proceeds of the violations;

c. Any property, real or personal, used or intended to be used to commit or promote the violations.

The Grand Jury finds probable cause to believe that the following property that was seized on or about November 19, 2024, during the investigation of the offenses herein is subject to forfeiture on one or more of the grounds stated above:

a. MSI Laptop (S/N K1911N0042949)

A TRUE BILL:

███████████████

FOREPRSON

RUSS FERGUSON
UNITED STATES ATTORNEY

*/s/ M Ford*

KIMLANI M. FORD
ASSISTANT UNITED STATES ATTORNEY

*/s/ M Ford, for*

KAYLYNN FOULON
TRIAL ATTORNEY