# NEW CRIMINAL CASE COVER SHEET

# U. S. DISTRICT COURT

(To be used for **all** new Bills of Indictments and Bills of Information)

**CASE SEALED:**  ⊙ YES  ○ NO

**DOCKET NUMBER:** 3:25-cr-321-KDB

*If case is to be sealed, a Motion to Seal and proposed Order **must** be attached.)*

| | |
|---|---|
| **CASE NAME** : US vs | Omar Naseer Abdulrazzaq Al-Abbasi |
| **COUNTY OF OFFENSE** : | Union |
| **RELATED CASE INFORMATION** : | |
| *Magistrate Judge Case Number* : | |
| *Search Warrant Case Number* : | |
| *Miscellaneous Case Number* : | |
| *Rule 20b* : | |
| **SERVICE OF PROCESS** : | Arrest Warrant |

**U.S.C. CITATIONS** *(Mark offense carrying greatest weight):*   ○ Petty   ○ Misdemeanor   ⊙ Felony

18 U.S.C. §§ 1466A(a)(1) and 3261(a)(1); and 18 U.S.C. §§ 2252A(a)(5)(A) and (b)(2)

**JUVENILE:**   ○ Yes   ⊙ No

| | |
|---|---|
| **ASSISTANT U. S. ATTORNEY** : | Ford, Kimlani |
| **VICTIM/WITNESS COORDINATORS:** | Rutledge, Shirley |
| **INTERPRETER NEEDED** : | N/A |
| **LIST LANGUAGE AND/OR DIALECT:** | N/A |
| **REMARKS AND SPECIAL INSTRUCTIONS:** | N/A |